IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM EDENFIELD,

    Petitioner,

v.                                                Case No. 4:24-cv-18-AW-HTC

SECRETARY, DEP'T OF
CORRECTIONS,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pro se Petitioner William Edenfield has not complied with court orders, and the magistrate judge recommends dismissal on that basis. ECF No. 14. Edenfield has not objected to the report and recommendation, and I agree with the magistrate judge that dismissal is appropriate.

I now adopt the report and recommendation (ECF No. 14) and incorporate it into this order. The clerk will enter a judgment that says, "The § 2254 petition is dismissed without prejudice based on Petitioner's failure to comply with court orders and failure to prosecute." A certificate of appealability is denied.

The clerk will close the file.

SO ORDERED on June 28, 2024.

                                                s/ *Allen Winsor*
                                                United States District Judge